■■■ ANDREW ZIMPFER, Appellant, v LEA M. FRITZ et al., Respondents. (Appeal No. 1.) [748 NYS2d 294] —Appeal from an order of Supreme Court, Erie County (Michalek, J.), entered September 19, 2001, which denied plaintiff's motion to set aside the jury verdict and for a new trial.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens,* 155 AD2d 435; *see also* CPLR

5501 [a] [1], [2]). Present—Green, J.P., Wisner, Scudder, Burns and Lawton, JJ.